UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:05CR6 CDP |
| | ) |
| GARY A. WILSON, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This matter is before the Court on defendant's motion to suppress evidence. Pursuant to 28 U.S.C. § 636(b), the motion was referred to United States Magistrate Judge Lewis M. Blanton. Judge Blanton held an evidentiary hearing on September 13, 2006, and thereafter filed his Report and Recommendation regarding the defendant's motion. No party has filed any objections to the Magistrate Judge's recommendations.

After fully considering the motion and the Report and Recommendation, the Court will adopt and sustain the thorough reasoning of Magistrate Judge Blanton set forth in support of his recommended rulings.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#51] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motion to suppress evidence [#15] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of October, 2006.